## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | **3:CR-17-156** |
| **MARK KOMOROSKI** | : | (Mannion, J.) |
| | : | |
| **Defendant** | : | |

### UNOPPOSED MOTION FOR THE COURT
### TO RECOMMEND TO THE BUREAU OF PRISONS
### MATTERS RELATED TO THE DEFENDANT'S INCARCERATION

The Defendant avers as follows:

1. On February 14, 2020, the Court entered a judgment sentencing the Defendant to 7 months incarceration, a $1,000.00 fine and 2 years of supervisory release.

2. The Probation Report at paragraph 38 sets forth his physical condition.

3. Subsequent to the sentencing hearing, the Defendant requested undersigned Counsel to file this Motion asking the Court for the following relief:

    a) To recommend to the Bureau of Prisons that he be incarcerated at FCI-Allenwood so that he can remain close to his family; and

    b) To recommend to the Bureau of Prisons that he be provided with the medical equipment as prescribed by his treating physician identified in paragraph 38 of the Presentence Report.

WHEREFORE, the Defendant requests that the Court make these recommendations to the Bureau of Prisons relating to his incarceration.

/s/ Al Flora, Jr.
Al Flora, Jr., Esq.
Counsel for Defendant

## **CERTIFICATE OF CONCURRENCE**

Defense Counsel conferred with AUSA Carlo Marchioli and he has no objection to this request.

                                                 /s/ Al Flora, Jr.
                                              Al Flora, Jr., Esq.