IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

United States of America

v.

Mark Komoroski,

        Defendant.

Criminal Case No.: 3:17-CR-00156-MEM

In the Court of the Honorable Malachy E. Mannion

## Motion for CPAP

The defendant, Mark Komoroski, comes before the Court seeking an Order of the Court, praying the Court order the Defendant be allowed the use of a CPAP (continuous positive air pressure) machine while incarcerated.

The Court has ordered the defendant must self-surrender for imprisonment in federal prison. Often it takes many weeks or months for a federal prisoner to be granted the use of a CPAP machine by the Federal Bureau of Prisons.

The defendant suffers from obstructive sleep apnea. Attached as an exhibit to this motion is a letter from the defendant's physician, Dr. Kozicki, M.D. In that letter, the defendant's medical doctor states that it is medically necessary for the defendant to sleep only with the aid of a CPAP machine, because he suffers from sleep apnea.

Therefore the defendant respectfully prays the Court order the Federal Bureau of Prisons to allow the defendant to have a CPAP machine while incarcerated.

Respectfully submitted by the defendant.

_/s/ Mark Komoroski_

Mark Komoroski

**Commonwealth Health Physician Network**

February 17, 2020

**Mark Komoroski**
200 West Union St
Nanticoke, PA 18634

To Whom It May Concern,

    It is medically necessary for Mark to have a CPAP machine and full face mask at the time of his arrival at the prison due to his sleep apnea he can not sleep without it. He also is on Lipitor 40mg one daily and Fenofibrate 145mg one daily that he must be given each day.

Thank you,

**Electronically Signed by Matthew Kozicki MD**
Office of Drs Kozicki and Mouallem
4 E Main St
Nanticoke, PA 18634-1602

PRIORITY MAIL POSTAGE REQUIRED

US POSTAGE AND FEES PAID
PRIORITY MAIL
Feb 19 2020
Mailed from ZIP 18634
PM Padded Flat Rate Env

10250294
CommercialBasePrice    062S0011690263

**PRIORITY MAIL 2-DAY**

D&R Sports
520 Fairchild St
Nanticoke PA 18634

B099   0005

SHIP TO:
U.S. DISTRICT COURT MIDDLE DISTRICT PA
CLERK OF COURT JUDGE MANNION
PO BOX 1148
235 N WASHINGTON AVENUE
SCRANTON PA 18501-1148

* Domestic Only

USPS TRACKING #

9405 5118 9956 1270 7456 91

RECEIVED
SCRANTON
FEB 20 2020
PER _____
DEPUTY CLERK

PRIORITY MAIL

Padded Flat Rate Envelope
EP14PE July 2013
ID: 9.5 x 12.5

PRESS FIRMLY TO SEAL