IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:17-cr-156 |
| | : | |
| v. | : | (Judge Mannion) |
| | : | |
| MARK KOMOROSKI, | : | |
| Defendant. | : | Electronically filed |

### SUPPLEMENT TO BRIEF IN OPPOSITION TO EMERGENCY MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)

In the Government's brief in opposition to Defendant Mark Komoroski's motion for compassionate release, the Government argued that Komoroski had not exhausted administrative remedies. Doc. 77, at 13-15. The Government noted, however, that the Department of Justice was then reviewing its position on exhaustion under 18 U.S.C. § 3582(c)(1)(A). *Id.* at 15 n.2.

In light of that review, the Government no longer contends that Komoroski failed to satisfy § 3582(c)(1)(A)'s exhaustion requirement. The Court should nonetheless deny Komoroski's motion on the merits for the reasons provided in the Government's opposition brief.

Dated:  June 3, 2020                                  Respectfully submitted,

DAVID J. FREED
United States Attorney

<u>/s/ Carlo D. Marchioli</u>
Carlo D. Marchioli
Assistant U.S. Attorney
PA 309217
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA  17108
Tel:  (717) 221-4482
Fax:  (717) 221-4493
carlo.d.marchioli@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on June 3, 2020, I served the foregoing document by U.S. mail on the following individual:

Mark Komoroski
14640-067
FCI Schuylkill
P.O. Box 670
Minersville, PA  17954

/s/ Carlo D. Marchioli
Carlo D. Marchioli
Assistant U.S. Attorney