July 15, 2020

FILED
SCRANTON

JUL 2 0 2020

PER _____ / _____
DEPUTY CLERK

17-CR-156-001

Dear Judge Mannion,

I am writing to you out of pure desperation for my family.  My name is Lecia Komoroski and the wife and advocate to Mark Komoroski.

What has happened to my family is by no means the sentence that You handed down to my husband.  I will not to condone what Mark has done within my words in this letter, but I will scream from every mountain top the injustice and inhumane activity that is going on within the Bureau of Prisons.

Just a short summary of the facts are that Mark went into the BOP, FCI Schuylkill, satellite camp on March the 6th, as ordered by the courts. Within a week COVID-19 hit and Mark has never been allowed visitation from anyone since that date. At which point I had to close my business (hair salon).  As a close knit family this has devastated myself, Mark our two daughters and our grandchildren. Our five year old grand-daughter has been in tears over the loss of her Pop.  Mark then proceeded to look towards your court for compassionate release which was denied.   Months after Attorney General, William Barr's memo regarding the Cares Act,  the BOP finally decided to start releasing the low level, non-violent inmates. We waited patiently knowing that Mark would certainly be one of these inmates qualified for such a release.  Finally, on June 20th our prayers were answered and they gave Mark a release date of July 8th,  three more weeks is all we needed to wait.

Your Honor,  this is where our story should have ended.  Instead, it became the most injust, inhumane nightmare.  I ceased hearing from Mark on July 3rd, just 5 days prior to his release.  Everything was in place for Mark's return.  Probation had visited our home, the phone line was installed in home, the virtual tour was taken with the halfway house in Harrisburg.  We

were ready!!

Mark had contacted me every single day of his incarceration either by email or phone to this point. My womens instict on July 4th kicked in and I knew there was something drastically wrong when he stopped contacting me. The last time I spoke to Mark, he told me he was going to work. Mark took an abundance of pride in making the lawn at the camp look impecable. I told him to "sit in a corner" and do nothing. He did not listen your Honor. He went to work that day being the diligent man he has always been.

On Monday, July 6th two days before his scheduled release, I was in a complete panic. I called down to the prison to see if I could get any answers. I was connected to his "counselor". This very insensitive, heartless man told me "he's not going anywhere, he is in the hole and will remain there until his release probably sometime in November". I begged for answers considering his release date is October 4th. He replied, "thats not happening". Your Honor, I cannot describe to you what this has done to us.

This man allowed Mark a two minute phone call to me on July the 8th, the day I was to be picking him up. Mark explained to me how he was cutting grass and a truck stopped and an employee who was 50 yards away thought they saw Mark take a package from the driver. Mark was instructed when he started his employment that if a truck stops he is to inform them DO NOT get out of the truck and proceed to your specified destination. That is exactly what Mark did. Mark was found to have only two pieces of candy on him. There was no so called "package" recovered, no one ever questioned the driver and there is no surveillance camera to see if this actually occured. I am certainly not an attorney Your Honor, but I can smell a set up a mile away. Mark was an exemplary inmate up until this incident, with absolutely no infractions. Both myself and Mark have many friends who are correctional officers who have told us that this type of behavior happens all the time within the walls of a prison when an inmate

is about to be released.  Completely unacceptable to me that the BOP can play judge and jury.

Mark is currently in the "hole" in a medium security prison for 90 days, with absolutely no privileges.  He has no way to contact the outside world expect through letters.  Our biggest concern is that they confiscated his c-pap machine from him and will NOT allow him to have it.  The letters I have been receiving from Mark could bring a grown man to tears.  Your Honor, you allowed  Mark to  take his own personal machine due to his severe sleep apnea.  The BOP WILL NOT allow him to have it now, which they allowed up until this incident.  Mark cannot breathe at night without it.  He has pleaded with the medical director to have it. They have never once did any type of testing on him to see what his medical condition is.  He is in a 12x12 room in 95 degree heat.  I know you did not order my husband to a death sentence!!  Mark is a non-violent human being who made a mistake and what is being done to him is without a doubt a violation of his medical rights and civil liberties.

Your Honor,  I am a fiercly honest person who knows when something is terribly wrong and will fight for what is right.  I implore you, PLEASE MAKE THIS RIGHT.  Please Judge Mannion, reconsider Marks release from the hell that he and my family have been placed in.  It is within your power.  I beg of you in all that is holy and just.  I have never in my life been so fearful that I will never see my husband again and the last memory I will have of him is walking into federal prison.  Judge Mannion, this is the truth and nothing but the truth, so help me God!!!  ALL LIVES MATTER even if they are incarcerated.  Please sir, if you feel the need to discuss this matter further, I have included my contact information.

I am extremely grateful for your time and consideration in this matter.

RESPECTFULLY,

*Lecia Komoroski*
Lecia Komoroski

570-472-1087
LeciaKomo@aol.com

3



(NEED MY C-PAP) MARK
Komoroski
14640-067

I CAN'T BREATH

570-472-1087  leciakomo@aol.com